# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

April 15, 2013

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

Re:  Ed Moloney and Anthony McIntyre
v. United States, et al.
No. 12-627
(Your No. 11-2511, 12-1159)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of petitioners to defer consideration of the petition for a writ of certiorari is denied.  The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk